## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **GEORGE, PATRICIA** | ) | Case #: 01-43324-ABF-7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S MOTION OF TRANSMITTAL OF
### PAYMENT OF UNCLAIMED FUNDS INTO COURT REGISTRY

**COMES NOW**, Janice E. Stanton, the Chapter 7 Trustee, in the above-referenced case, and for her Motion of Transmittal of Payment of Unclaimed Funds into the Court Registry, pursuant to 11 U.S.C. § 347(a) of the Bankruptcy Code, and Rule 3011 of the Rules of Bankruptcy Procedure, respectfully represents as follows:

1. This case was reopened once it was determined that there would be a recovery from a class action settlement in the First Horizon class action.

2. On or about November 18, 2009, the Chapter 7 Trustee made her final distribution in the above-referenced bankruptcy estate pursuant to the Court's Order of November 18, 2009. That all payments issued by the Trustee pursuant to the Court's Order of November 18, 2009, have been negotiated, with the exception of six (6) dividend payments in the amount of $108.14. Such payments were mailed to the following, the same address as reflected on the claimants' Proof of Claims:

| NAME | VOIDED CHECKS | TOTAL AMOUNT |
|---|---|---|
| **First Select**<br>1600 Ormsby Station Ct.<br>Louisville, KY 40223 | 10111<br><br>20127 | $10.34<br><br>$14.17 |
| **Colleen Faulkner**<br>415 N. Chestnut<br>Eldon, MO 65026 | 10112<br><br>20128 | $43.38<br><br>$59.44 |
| **Eugene & Betty Richards**<br>Box 288, Route 4<br>Adrian, MO 64720 | 10113<br><br>20129 | $18.90<br><br>$25.90 |
| **Sears**<br>Sears, Roebuck & Co.<br>45 Congress Street<br>Salem, MA 01970 | 10116<br><br>20130 | $18.47<br><br>$25.31 |
| **Stonehenge Homes Association**<br>c/o The Neighborhood Group<br>6000 Metcalf, Suite 100<br>Overland Park, KS 66202 | 10117<br><br>20131 | $13.93<br><br>$19.10 |
| **Capital One Bank**<br>PO Box 85167<br>Richmond, VA 23285 | 10119<br><br>20133 | $3.12<br><br>$4.27 |
| | total | $256.33 |

3. The Trustee noticed that more than (90) days had passed since the final distribution was made on November 18, 2009, and that the above referenced checks had still not cleared.

4. In addition, the Trustee was notified that the City of Kansas City, MO had been paid at the time the case was reopened. Pursuant to the distribution, the Trustee had paid to the City of Kansas City, MO by **Check #10105** the amount of **$375.20** and by **Check #10120**

the amount of **$.24**.  The Trustee is re-distributing these funds totaling $375.44 to the unsecured creditors.  The amount due the six unsecured creditors listed above also is being sent to the Clerk of the Bankruptcy Court and is represented by the second check listed above.  Those creditors will receive a copy of this motion and may apply to receive their dividend to the Clerk of the Bankruptcy Court.

     5.  The Trustee has made reasonable efforts to locate and transmit the final dividend payment to the above claimants to no avail.  Accordingly, simultaneously with the filing of this Motion, the Trustee is transmitting her estate check in the amount of $256.33 to the Clerk of the Bankruptcy Court for deposit in the Court registry pursuant to 11 U.S.C. § 347(a) of the Bankruptcy Code and Rule 3011.

     6.  Trustee asserts that the official last known address for the claimants is set forth above in paragraph 2.

*Respectfully submitted,*

 */s/ Janice E. Stanton*
**JANICE E. STANTON, MO. BAR NO. 34055**
Chapter 7 Trustee
104 West 9th Street - Suite 303
Kansas City, Missouri  64105
Telephone:  816/421-7770
Facsimile:    816/421-7773

# CERTIFICATE OF MAILING

  I, Janice E. Stanton, hereby certify that on this **7th** day of **March, 2011**, a true and correct copy of the above and foregoing was served electronically by the Clerk of the Court on all parties receiving electronic notice in this case, and that a duplicate copy was deposited in the United States mail, postage prepaid, by the undersigned to all persons reflected on the attached service list.

          */s/ Janice E. Stanton*
          **Janice E. Stanton, Trustee**